

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ZA:CC/SPN  *271 Cadman Plaza East*
F. #2012R00596  *Brooklyn, New York 11201*

December 9, 2014

By Email and ECF

Douglas Morris, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Alhassane Ould Mohamed
                  Criminal Docket Number 13-527 (WFK)

Dear Mr. Morris:

        We write in response to your letter dated September 10, 2014, renewing your request for Brady material in the above-referenced case. As discussed with you in person on October 24, 2014, the government is aware of and will remain in compliance with its continuing obligations under Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972). Memoranda documenting government attorneys' work product, to the extent any such memoranda exist, are not discoverable. In the event the government

identifies Brady or Giglio material relevant to the case, the government will, of course, disclose such material to the defense.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:       /s/
Zainab Ahmad
Celia A. Cohen
Samuel P. Nitze
Assistant U.S. Attorneys
(718) 254-6552/6147/6465

cc:    Clerk of the Court (WFK) (by ECF)