

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ZA:CAC/SN
F. #2012R00596

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2014

By E-mail and ECF

Douglas Morris, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

   Re: United States v. Alhassane Ould Mohamed
     Criminal Docket Number 13-527 (WFK)

Dear Mr. Morris:

   The government hereby provides notice, pursuant to Federal Rule of Evidence 404(b), that it intends to make a motion to admit evidence related to a May 11, 2004 carjacking that was committed by the defendant and two others.  Attached are the redacted statements of the witnesses and victims of the carjacking, bates numbered 449 through 513.

The government will seek to admit this evidence to prove "motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident." <u>See</u> Rule 404(b).

                                          Very truly yours,

                                          LORETTA E. LYNCH
                                          United States Attorney

By:           /s/
                                          Zainab Ahmad
                                          Celia A. Cohen
                                          Samuel P. Nitze
                                          Assistant U.S. Attorneys
                                          (718) 254-6552/6147/6465

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)