**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

December 16, 2015

Ms. Zainab Ahmad, Ms. Margaret Lee, and Ms. Melody Wells
Assistants United States Attorney
United States Attorney's Office
271 Cadman Plaza East, 4th Floor
Brooklyn, N.Y.  11201

U.S.A. v. Alhassane Ould Mohamed, 13 CR 0527 (WFK)

Dear Ms. Ahmad, Ms. Lee and Ms. Wells:

The document with Bates Stamp Number 234 refers to an interview in February or March 2010 by a DGSE officer Ibrahim Sanogo, states that "[a] copy of the information obtained from said interview(s), written in French, was provided to WFO," and adds that a copy translated into English was provided to SA Miller. The document also states that a copy of the English version was attached and that "[a] copy of the French version of the document has been memorialized in an FD-340, 1-A envelope, in the main case file, for future reference."

As far as I can tell, the government has not produced the French version. If the government has produced that version, I would appreciate your providing me with the appropriate reference. If the government has not produced the French version, I would appreciate it doing so now.

If the government has not produced the French originals, French translations, or any other versions of any statements of Mr. Mohamed, please do so now as well.

Thank you.

Sincerely,

/s/

Douglas G. Morris

Assistant Federal Defender
(718) 330-1209

cc:   Clerk of the Court
      Ms. Mildred Whalen, Esq.
      Mr. Alhassane Ould Mohamed

1