

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ZA:MW
F. #2012R00596

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 23, 2015

By ECF

Douglas Morris, Esq.
Mildred Whalen, Esq.
Deirdre Von Dornum, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:   United States v. Alhassane Ould Mohamed
              Criminal Docket Number 13-527 (WFK)

Dear Counsel:

      This letter confirms that on December 23, 2015, the government provided you with classified discovery in the above-referenced matter.

      Very truly yours,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/
      Zainab Ahmad
      Margaret Lee
      Melody Wells
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of the Court (WFK) (by ECF)