

U.S. Department of Justice

United States Attorney
Eastern District of New York

ZA:MW
F.#2012R00596

271 Cadman Plaza East
Brooklyn, New York 11201

January 23, 2016

By ECF

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Alhassane Ould Mohamed
     Criminal Docket No. 13-527 (WFK)

Dear Judge Kuntz:

   The government writes to update the Court regarding the proof it intends to offer at the suppression hearing currently scheduled for January 25, 2016.

   In its opposition papers to the defendant's motion to suppress, the government noted that it intended to offer into evidence at trial an identification made in 2001 by an eyewitness to the charged murder and attempted murder. See Gov. Resp., ECF Docket No. 66, at 35-36 (July 24, 2015). Upon further investigation, the government no longer intends to offer that evidence of such an identification. The government still intends to offer into evidence an identification of the defendant made by the eyewitness in February 2002, see Gov. Resp. at 36-38, and will call witnesses to testify regarding that identification at the hearing next week.

In addition, the government no longer intends to offer into evidence at trial the December 2000 statement made by the defendant to police offers in Gao, Mali, documented in Exhibits B1a and B1b to the Defense Memorandum of Law filed on June 19, 2015. See ECF Docket No. 55.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By: _____/s/_____
Zainab Ahmad
Margaret Lee
Melody Wells
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (WFK) (By ECF)
Defense counsel (By ECF)